UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SHAW,<br>        Petitioner,<br>   v.<br>STEPHANIE CLANDENIN,<br>        Respondent. | Case No. 22-cv-06139 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____March 28, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.22\06139Shaw_judgment